# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143200

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SALINA DESIREE FISHER,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143200
COA: 295322
Iosco CC: 08-004022-FH;
08-004197-FH; 08-004620-FH

     On order of the Court, the application for leave to appeal the April 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

Clerk

y0919